UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-V-

ALEXANDER HERNANDEZ

Case No. 6:07-CR-121-ORL-22UAM

_____/

**ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which Notices of No Objection have been filed by the parties (Docs. 67 & 68), the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for November 30, 2007, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on August 28, 2007.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies to:
Counsel of Record